UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § § | CASE NUMBER 4:23-MJ-00531-KPJ |
| PAUL THOMAS BRINSON, | § § § | |

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the District of Columbia.
I have been informed of the charges and of my rights to:

(1) Retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) An identity hearing to determine whether I am the person named in the charges;
(3) Production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) A preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise – unless I am indicted – to determine whether there is a probable cause to believe that an offense has been committed;
(5) A hearing on any motion by the government for detention;
(6) Request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waiver my right(s) to:
☐ an identity hearing and production of the warrant.
☐ a preliminary hearing.
☐ a detention hearing.
☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.

I request that my ☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: October 10, 2023.

_____          _____
Defendant                            Signature of defendant's attorney